1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL L. OVERTON,

11          Plaintiff,                    No. 2:11-cv-1646 LKK JFM (PC)

12      vs.

13   WARDEN, CMF VACAVILLE,

14          Defendant.              FINDINGS & RECOMMENDATIONS

15   _____/

16          By order filed July 29, 2011, plaintiff was granted thirty days in which to file a

17   complaint.  In addition, plaintiff was granted thirty days in which to either file an application to

18   proceed in forma pauperis or to pay the $350.00 filing fee for this action.  The thirty day period

19   has now expired, and plaintiff has not filed an amended complaint or an in forma pauperis

20   application, nor has he paid the filing fee or otherwise responded to the court's order.

21          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

22   without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

23          These findings and recommendations are submitted to the United States District

24   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

25   days after being served with these findings and recommendations, plaintiff may file written

26   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

1

1  Findings and Recommendations." Any response to the objections shall be filed and served

2  within fourteen days after service of the objections. Plaintiff is advised that failure to file

3  objections within the specified time may waive the right to appeal the District Court's order.

4  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

5  DATED: September 13, 2011.

6

7

UNITED STATES MAGISTRATE JUDGE

8

9  12
   over1646.fta
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26